In the Matter of the Claim of ANTHONY LISA, Respondent, against MICHAEL ESPOSITO, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from award of disability compensation under the Workmen's Compensation Law. Appellants contend that the business of the employer was not hazardous. Employer was a junk dealer who owned and operated an automobile truck to collect papers, metals and other junk. Claimant was a helper on this truck and was injured while lifting a bundle of papers. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

## (November 17, 1937.)

In the Matter of the Claim of LOLA CLIFKENS, Appellant, against BRONX TOWING LINE, Respondent, and CAR & GENERAL ACCIDENT INSURANCE COMPANY. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal as a poor person denied. It appears, from the motion papers, that a question of fact was presented, and that there is evidence to sustain the findings of the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PRUDENCIO GONZALEZ, Otherwise Known as "RED" RUBIO, JOSE GONZALEZ, Otherwise Known as JOSEPH GONZALEZ, JOHN DOE, RICHARD ROE and GEORGE DOE, Said Names John Doe, Richard Roe and George Roe Being Fictitious, the Correct Names of Said Three Last Mentioned Defendants Being Unknown.— Motion by the defendants appellants for leave to prosecute their appeal to the Appellate Division as poor persons, and waiving compliance with the rules requiring the case on appeal to be printed and dispensing with the printing of a case on appeal and that said appeal be heard on the typewritten stenographer's minutes of the trial, granted. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of EVERETT PEACOCK, Respondent, against RIP VAN DAM GARAGE (ABE KOBEL), Respondent, and MERCHANTS MUTUAL CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

ANNA C. GURNEY, Respondent, v. GEORGE A. McINTOSH, as Administrator C. T. A. of WILLIAM A. BRADFORD, Deceased, and Others, Appellants. — Motion for leave to appeal to the Court of Appeals denied, and stay vacated, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.